UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable William B. Shubb
United States District Judge
Sacramento, California

                RE:    Shuantel Sharmain JARAMILLO
                     Docket Number:   2:03CR00049-03
                     **CONTINUANCE OF JUDGMENT**
                     **AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from 09/27/2006 to 11/08/2006 at 9:00 a.m.

**REASON FOR CONTINUANCE:**  The releasee's entrance into the San Joaquin County Deferred Entry of Judgment program was delayed until October 7, 2006.  Thus, further time is needed in assessing her commitment and adherence to the drug treatment program ordered by the State Court.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                              Respectfully submitted,

                              /s/ George A. Vidales
                             **GEORGE A. VIDALES**
                             **United States Probation Officer**

**REVIEWED BY:**        /s/ Deborah A. Spencer
                      **DEBORAH A. SPENCER**
                      **Supervising United States Probation Officer**

Dated:       09/21/2006
                Elk Grove, California
                GAV/cj

RE:   Shuantel Sharmain JARAMILLO
      Docket Number:   2:03CR00049-03
      **CONTINUANCE OF JUDGMENT**
      **AND SENTENCING**

cc:   Clerk, United States District Court
      James P. Arguelles, Assistant United States Attorney
      Rodrigo Moyorga (Appointed), Defense Counsel
      1007 7th Street, Suite 601
      Sacramento, CA  95814
      Probation Office


  X   **Approved**

 

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

September 22, 2006